# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0913. JOHN WINFIELD LITTLETON, III v. MEGHAN LIVELY.**

The trial court entered a final consent order in this case on August 29, 2024. On October 16, 2025, the trial court issued an order awarding Meghan Lively $8,935 in attorney fees under OCGA § 9-15-14. John Winfield Littleton, III, then filed this direct appeal of the fees award. We lack jurisdiction because an appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(10), (b); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841–42 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/15/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.